UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21CR00426 JAR |
| ) | |
| MICHAEL EARL RUCKER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Memorandum, Report and Recommendation of United States Magistrate Judge Noelle C. Collins (ECF No. 42). On June 7, 2022 Defendant Rucker filed a Motion to Suppress Evidence and Statements (ECF No. 20). An evidentiary hearing was held on August 2, 2022. Magistrate Judge Collins recommends the Court deny Defendant's Motion to Suppress Evidence and Statements.

Pursuant to 28 U.S.C. § 636(b), these matters were referred to United States Magistrate Judge Noelle C. Collins, who filed a Memorandum, Report and Recommendation on October 14, 2022 (ECF No. 42). Defendant Rucker filed objections to the Memorandum, Report and Recommendation on October 28, 2022 (ECF No. 43). Defendant Rucker summarily states that he objects to several conclusions drawn by Magistrate Judge Collins, but fails to provide any countervailing rationale for his position. The Court finds that the Magistrate Judge's conclusions are supported by the evidence, and Defendant Rucker's objections are not persuasive.

The Magistrate Judge recommends that the Motion to Suppress Statements be granted in part and denied in part, and the Motion to Suppress Physical Evidence be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

1

Accordingly,

**IT IS HEREBY ORDERED** that the Memorandum, Report and Recommendation of the United States Magistrate Judge [42] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the Motion to Suppress Evidence and Statements [20] is **DENIED.**

Dated this 2nd day of November, 2022.

*[signature: John A. Ross]*

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE